UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CESAR MARQUEZ, III, et al. | : | Civil Action: 09-784 (JAG) |
| | : | ORDER OF DISMISSAL |
| Plaintiff, | : | Closed |
| v. | : | |
| CITY OF PERTH AMBOY, et al. | : | |
| Defendant, | : | |

It appearing that the parties wishes to voluntarily dismiss the complaint, filed in the above case.

It is on the day 18th of FEBRUARY, 2010

ORDERED that the complaint, be and is hereby dismissed, without prejudice and without costs.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.